UNITED STATES of America,
Plaintiff–Appellee

v.

Juan Jose MADRID, Defendant–
Appellant.

No. 09–20104

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 20, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Juan Jose Madrid raises arguments that he concedes are foreclosed by *United States v. Lopez–Ortiz*, 313 F.3d 225, 229–31 (5th Cir.2002), which held that an immigration judge's failure to inform an alien of his eligibility for discretionary waiver of removal at his removal proceeding did not render the proceeding fundamentally unfair. *See Romero–Rodriguez v. Gonzales*, 488 F.3d 672, 677 n. 5 (5th Cir.2007). The

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appellant's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.